**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| WILLIAM TRANQUILLI, | ) | 1:05-cv-0592 OWW DLB |
| | ) | |
| Plaintiff, | ) | ORDER AFTER SCHEDULING |
| | ) | CONFERENCE |
| v. | ) | |
| | ) | Further Scheduling |
| MISSION VILLAGE, a limited partnership, | ) | Conference Date: 11/04/05 |
| | ) | 8:45 Ctrm. 2 |
| Defendant. | ) | |
| | ) | |

**I.   Date of Scheduling Conference.**

September 30, 2005.

**II.  Appearances Of Counsel.**

Thomas N. Stewart, III, Esq., appeared on behalf of Plaintiff.

Thomas Boehm, Esq., appeared on behalf of Defendant.

**III. Summary of Pleadings.**

1.   Plaintiff, William Tranquilli, does not have the substantial use of his legs, and is a "person with a disability" and "physically handicapped person." Plaintiff requires the use of a wheelchair for locomotion and is either unable to use portions of public facilities which are not accessible to

1

disabled persons who require the use of a wheelchair or is only able to use such portions with undue difficulty.

2. The Toledo Mexican Restaurant (the Restaurant) is located in a shopping center (the Center) which is located at 367 E. Shaw Avenue, Fresno, California. The Center is open to the public. Defendants own, operate and/or lease the Center.

3. This case involves the denial of sanitary facilities to Plaintiff and others similarly situated at the Center on March 18, 2005. Plaintiff was denied equal protection of the law and was denied civil rights under both California law and federal law, as hereinbelow described. Plaintiff was denied his rights to full and equal access at the Center because of inaccessible sanitary facilities in the Restaurant, all of which made the Center not properly accessible to Plaintiff or to others similarly situated. Plaintiff seeks injunctive relief to require Defendants to modify the restroom, to comply with the CBC and ADAAG where required, to remove all barriers to access which are readily achievable, to make all reasonable accommodations in policy in order to enable Plaintiff and others similarly situated to use the Center and at minimum, to use readily achievable alternative methods to enable Plaintiff to use the goods and services which the Center makes available to the non-disabled public. Plaintiff also seeks the recovery of damages for his personal damages involved in the discriminatory experiences of March 18, 2005, and seeks recovery of reasonable attorney's fees and litigation expenses and costs according to statute.

IV. Orders Re Amendments To Pleadings.

1. The parties do not anticipate filing any amendments to

1 the pleadings at this time.

2 V.   Status of the Case.

3    1.   The parties are engaged in what the believe to be
4 productive negotiations and mutually request that this scheduling
5 conference be continued at least thirty (30) days to enable
6 negotiations now in progress to resolve.

7    2.    IT IS ORDERED that the Scheduling Conference in this
8 case is continued to November 4, 2005, at 8:45 a.m. before the
9 Honorable Oliver W. Wanger.

11 DATED:   September 30, 2005.

                                    /s/ OLIVER W. WANGER
                                    _____
                                         Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE

15 tranquilli sch con